247 So.2d 584

**STATE of Louisiana ex rel. Tommy Jarrell BARBER**

**v.**

**Louis M. SOWERS, Director, Department of Corrections, State of Louisiana, et al.**

**No. 51411.**

May 20, 1971.

In re: Tommy Jarrell Barber applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Writ denied. The sentence imposed is not a concurrent sentence; it merely gives credit for time served between "incarceration" and sentence on this charge.

247 So.2d 584

**STATE of Louisiana ex rel. Clinton C. HOWARD**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51415.**

May 20, 1971.

In re: Clinton C. Howard applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Application denied; the showing made does not warrant the exercise of our jurisdiction.